# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JONATHON D. LONG,**<br><br>    Plaintiff,<br><br>v.<br><br>**CITY OF CLARKSVILLE, TENNESSEE,**<br><br>**JOSHUA LAJOIE, individually and in his official capacity,**<br><br>    Defendants. | **Case No. 3:22-cv-00267**<br><br>**Judge Aleta A. Trauger**<br>**Magistrate Judge Barbara Holmes** |

## DEFENDANTS' MOTION FOR PERMISSION TO EXCEED PAGE LIMIT FOR MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

Defendants City of Clarksville, Tennessee (hereinafter, the "City") and Joshua LaJoie (hereinafter, "Officer LaJoie") hereby respectfully move this Court for permission to exceed the twenty (20)-page limit for briefs as set forth in the Court's Practice and Procedure Manual, Section III(C)(3). Specifically, having already filed their Motion to Dismiss the Complaint, the City and Officer LaJoie now request permission to file their Memorandum of Law in support thereof, said Memorandum being attached hereto as **Exhibit 1**.

As grounds for this Motion, the City and Officer LaJoie would show that, given the numerous claims against them (both federal and state), as well as the nature of the Plaintiff's allegations, it is necessary for the Memorandum of Law to contain somewhat extensive detail and analysis.

Therefore, based on the foregoing, the City and Officer LaJoie respectfully request that the Court grant this Motion to Exceed Page Limit, allow said Defendants to exceed the page limit by

five (5) pages (not including the Certificate of Service), and deem **Exhibit 1** attached hereto as *filed*.

        Respectfully submitted,

        BATSON NOLAN PLC

        By: /s/ Jeff T. Goodson
            Mark Nolan, BPR No. 015859
            Jeff T. Goodson, BPR No. 023648
            121 South Third Street
            Clarksville, Tennessee 37040
            (931) 647-1501 (phone)
            (931) 553-0153 (facsimile)
            dmnolan@batsonnolan.com
            jgoodson@batsonnolan.com

            OFFICE OF THE CITY ATTORNEY
            FOR THE CITY OF CLARKSVILLE, TN

            LANCE A. BAKER, # 015152
            NEIL C. STAUFFER, # 035447
            One Public Square, 4TH Floor
            Clarksville, TN 37040
            (931) 553-2475 (phone)
            (931) 221-0122 (facsimile)
            lance.baker@cityofclarksville.com
            neil.stauffer@cityofclarksville.com

            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing has been served on the parties by the U.S. District Court Electronic Filing System and/or has been mailed, by U.S. Mail, to the following:

Richard M. Brooks
130 Third Avenue West
Carthage, TN 37030
Phone: (615) 735-0807
Fax: (615) 735-1921
utkrmb@comcast.net

on this the 10th day of June, 2022.

                                            /s/ Jeff T. Goodson
                                            Jeff T. Goodson