# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **JONATHON D. LONG,** | |
| **Plaintiff,** | **Case No. 3:22-cv-00267** |
| **v.** | |
| **CITY OF CLARKSVILLE, TENNESSEE,** | **Judge Aleta A. Trauger**<br>**Magistrate Judge Barbara Holmes** |
| **JOSHUA LAJOIE, individually and in his official capacity,** | |
| **Defendants.** | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) and (B) of the Federal Rules of Civil Procedure, the parties do hereby stipulate to the dismissal of this action *with prejudice*. All matters at issue have been fully settled and resolved and, therefore, the parties stipulate to the entry of an Order from this Court dismissing all claims in this action *with prejudice*.

Respectfully submitted,

/s/ Richard M. Brooks
**RICHARD M. BROOKS, BPR No. 4308**
130 Third Avenue West
Carthage, TN 37030
Phone: (615) 735-0807
Fax: (615) 735-1921
utkrmb@comcast.net

*Attorney for Plaintiff*

BATSON NOLAN, PLC

By:   /s/ Jeff T. Goodson
**JEFF T. GOODSON, BPR No. 023648**
**MARK NOLAN, BPR No. 015859**
2675 Townsend Court, Suite A
Clarksville, TN 37043
Telephone: (931) 436-9750
Facsimile: (931) 436-9750
jgoodson@batsonnolan.com
dmnolan@batsonnolan.com

*Attorneys for Defendants*

2